# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CROSSTEX ENERGY SERVICES,
LP, CROSSTEX LIG, LLC AND
CROSSTEX PROCESSING
SERVICES, LLC

NO.  2021 CW 0624

VERSUS

TEXAS BRINE COMPANY, LLC, ET
AL

**JULY 22, 2021**

---

In Re:    Occidental Chemical Corp., Occidental Petroleum Corp.,
          and Oxy USA, Inc., applying for supervisory writs,
          23rd Judicial District Court, Parish of Assumption,
          No. 34202.

---

**BEFORE:    McDONALD, WELCH, AND WOLFE, JJ.**

   **WRIT DENIED.**   We decline to consider the merits of
relator's writ application, finding the notice of intent was
untimely; however, we note this matter has been stayed pending
the arbitration panel's determination of the arbitrability of
all claims between relators and Texas Brine Company, LLC.
**Crosstex Energy Services, LP, Crosstex LIG, LLC and Crosstex
Processing Services, LLC v. Texas Brine Company, LLC, et al.,**
2020-1182 (La. App 1st Cir. 3/2/21), 2021 WL 796448
(unpublished), writ denied, 2021-00385 (La. 5/4/21), 315 So.3d
220.

                         JMM
                         JEW
                         EW

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT